IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CALVIN LEWIS LLOYD                                                                                       PLAINTIFF

V.                                                                            CIVIL ACTION NO.3:03CV234-WAP-JAD

WACKENHUT CORRECTIONS, et al                                                        DEFENDANTS

**FINAL JUDGMENT**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated April 24, 2006, was on that date duly served by first class mail upon plaintiff and counsel of record for the defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said parties.  The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.  It is, therefore

**ORDERED:**

1.  That the Report and Recommendation of the United States Magistrate Judge dated April 24, 2006, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the Court.

2.  That Defendants' Motion for Summary Judgment is granted and this action is dismissed with prejudice.

THIS, the 19th day of July, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE